1   Rosemary T. McGuire, Esq.   Bar No. 172549
    Michael R. Linden, Esq.       Bar No. 192485
2
        THE LAW FIRM OF
3     WEAKLEY, RATLIFF,
    ARENDT & McGUIRE, LLP
4    1630 East Shaw Avenue, Suite 176
       Fresno, California   93710
5
      Telephone: (559) 221-5256
6     Facsimile:  (559) 221-5262

7   Attorneys for Defendants, CITY OF MODESTO, SUSANA ALCALA WOOD
    AND VICKI RICE
8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

    KEVIN BORDEN,                          )   CASE NO. 1:08-CV-01061-AWI-SMS
13                                         )
             Plaintiff,                    )
14                                         )   **STIPULATION AND ORDER**
             vs.                           )   **CONTINUING HEARINGS FOR**
15                                         )   **PLAINTIFF'S MOTION FOR**
    CITY OF MODESTO, a municipal           )   **PRELIMINARY INJUNCTION, AND**
16  corporation organized and existing under the  )  **DEFENDANTS' MOTION TO DISMISS**
    laws of the State of California; SUSANA )
17  ALCALA WOOD, City Attorney of the City )
    of Modesto, in her individual capacity; and )  Complaint Filed: July 23, 2008
18  VICKI RICE, Events Supervisor II,      )   Trial Date: TBA
    Department of Parks, Recreation and    )
19  Neighborhoods of the City of Modesto, in her )
    individual capacity,                   )
20                                         )
             Defendants.                   )
21  _____ )

22          The Motion for Preliminary Injunction of plaintiff KEVIN BORDEN ("Plaintiff") is

23  currently set for hearing on September 22, 2008.  The Motion to Dismiss of defendants CITY OF

24  MODESTO ("defendant CITY"), SUSANA ALCALA WOOD ("defendant WOOD") and VICKI

25  RICE ("defendant RICE"), (collectively hereinafter "Defendants") is currently set for hearing on

26  October 6, 2008.  It is hereby stipulated between the parties that both motions will be removed from

27  the Court's calendar, and that both motions will be re-set for their respective hearings on October

28  20, 2008, at 1:30 p.m., in Courtroom 2 of the above-captioned Court, The Honorable Anthony W.

1    Ishii presiding.  It is further stipulated that the deadlines for the filing of opposition and reply briefs

2    related to the aforementioned motions will be based on the new hearing date.

3

4    DATED: September 4, 2008
                                                    WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

5

6
                                          By:      /s/ Rosemary T. McGuire
7                                                 Rosemary T. McGuire
                                                  Michael R. Linden
8                                                 Attorneys for Defendants
                                                  City of Modesto, et al.
9

10   DATED: September 4, 2008
                                                    ALLIANCE DEFENSE FUND
11

12

13                                        By:      /s/ Heather Gebelin Hacker
                                                  Heather Gebelin Hacker
14                                                Attorney for Plaintiff
                                                  Kevin Borden
15

16                                             **ORDER**

17

18   IT IS SO ORDERED.

19   **Dated:    September 5, 2008**                  **/s/ Anthony W. Ishii**
                                                  CHIEF UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

---