UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN BORDEN, | ) | CIV-F-08-1061 AWI SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RE: SUR-REPLY AND |
| v. | ) | NEW HEARING DATE |
| | ) | |
| CITY OF MODESTO, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Plaintiff has filed a motion for preliminary injunction against Defendants. The hearing on the matter was originally scheduled for 1:30 PM on Monday, October 20, 2008. In making the motion, Plaintiff relied solely on his verified complaint and attachments for evidence. In opposition, Defendants produced affidavits that contradicted some of Plaintiff's assertions. As part of the reply, Plaintiff has filed a significant amount of additional evidence including affidavits, e-mail communications, and video recordings. Defendants have made a request for leave of court to file a sur-reply in light of this newly submitted evidence. Given the importance of the new filings (especially given its volume relative to the evidence included in the original motion), a sur-reply is appropriate in this case. Defendants are granted leave to file a sur-reply brief and supporting evidence by 4:00 PM on Tuesday, October 21, 2008. The sur-reply must focus solely on the new materials included in Plaintiff's reply. The hearing on Plaintiff's motion for preliminary injunction is reset for 1:30 PM on Monday, October 27, 2008.

1

1
2  IT IS SO ORDERED.
3  Dated:    **October 15, 2008**                              /s/ Anthony W. Ishii
                                                     CHIEF UNITED STATES DISTRICT JUDGE
4
5