# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **KEVIN BORDEN,** | ) | **CIV-F-08-1061 AWI SMS** |
| | ) | |
| **Plaintiff**, | ) | |
| | ) | **ORDER VACATING HEARING** |
| **v.** | ) | **DATE OF OCTOBER 20, 2008** |
| | ) | |
| **CITY OF MODESTO, ET AL,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

Defendants have noticed for hearing and decision a motion to dismiss the complaint for failure to state a claims upon which relief can be granted or, in the alternative, for more definite statement. The matter was scheduled for oral argument on October 20, 2008. Plaintiff has opposed the motion and Defendants have filed a reply. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 20, 2008, is VACATED, and no party shall appear at that time.

IT IS SO ORDERED.

Dated:   __October 15, 2008__          _____/s/ Anthony W. Ishii_____
                                        CHIEF UNITED STATES DISTRICT JUDGE