UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BORDEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MODESTO, ET AL,<br><br>　　　　　Defendants. | CIV-F-08-1061 AWI SMS<br><br>**ORDER RESETTING HEARING TIME ON OCTOBER 27, 2008** |

　　　The hearing on Plaintiff's motion for preliminary injunction is reset for from 1:30 PM to 3:00 PM on Monday, October 27, 2008.

IT IS SO ORDERED.

Dated:　  October 24, 2008　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1