1  Rosemary T. McGuire, Esq.   Bar No. 172549
   Michael R. Linden, Esq.       Bar No. 192485
2
   WEAKLEY, ARENDT & McGUIRE, LLP
3       1630 East Shaw Avenue, Suite 176
        Fresno, California  93710
4       Telephone: (559) 221-5256
        Facsimile:  (559) 221-5262
5
6  Attorneys for Defendant, City of Modesto, Susana Alcala Wood and Vicki Rice

7
8                 IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   KEVIN BORDEN,                            )  CASE NO. 1:08-cv-01061-AWI-SMS
11                                          )
              Plaintiff,                    )
12                                          )  **STIPULATION AND ORDER TO**
              vs.                           )  **CONTINUE SCHEDULING CONFERENCE**
13                                          )  **DATE**
   CITY OF MODESTO, a municipal             )
14 corporation organized and existing under the )
   laws of the State of California; SUSANA  )
15 ALCALA WOOD, City Attorney of the City   )
   of Modesto, in her individual capacity; and )
16 VICKI RICE, Events Supervisor II,        )
   Department of Parks, Recreation and      )
17 Neighborhoods of the City of Modesto, in her )
   individual capacity,                     )
18                                          )  Complaint Filed:07/23/08
              Defendants.                   )  Trial Date: TBA
19 _____  )

20         Plaintiff by and through his counsel of record and defendants by and through their counsel

21 of record hereby stipulate to continuing the Scheduling Conference from February 23, 2009 to **April**

22 **20, 2009 at 9:30 a.m.** in Courtroom 7, before Magistrate Judge Sandra M. Snyder.

23         This continuance is necessary because the parties are awaiting a ruling on defendants'

24 motion to dismiss; and are in the process of attempting to resolve this matter.

25
   DATED: February 2, 2009              WEAKLEY, ARENDT & McGUIRE, LLP
26

27
                                        By:    /s/ Rosemary T. McGuire
28                                             Rosemary T. McGuire
                                               Attorneys for Defendants

_____
Stipulation and Order to Continue Scheduling Conference

1    DATED: February 2, 2009                    ALLIANCE DEFENSE FUND

2

3                                          By:      /s/ Heather Gebelin Hacker
                                                    Heather Gebelin Hacker
4                                                   Attorneys for Plaintiffs

5

6                                          **ORDER**

7         The parties having stipulated thereto and good cause appearing therefore, IT IS HEREBY

8    ORDERED that the Scheduling Conference in this matter be continued from February 23, 2009 to

9    **MAY 4, 2009 at 10:00am * (**NOT April 20, 2009, at 9:30 a.m.) in Courtroom 7 of the above-entitled

10   court.

11        *Due to the unavailability of the Court on April 20, 2009, the Court moves the hearing date

12   to May 4, 2009 at 10:00a.m..

13

14

15

16

17   IT IS SO ORDERED.

18   **Dated:    February 3, 2009**                       **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28